752

of certiorari to the Supreme Court of Vermont granted. *Mr. Joseph A. McNamara* for petitioner. *Mr. Horace H. Powers* for respondent.

No. 684. COUNTY OF MAHNOMEN *v.* UNITED STATES. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, and *Geo. B. Sjoselius,* Assistant Attorney General, for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 707. FREEMAN *v.* BEE MACHINE CO., INC. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Marston Allen* and *Nathan Heard* for petitioner. *Messrs. George P. Dike* and *Cedric W. Porter* for respondent.

No. 709. VIRGINIA ELECTRIC & POWER CO. *v.* NATIONAL LABOR RELATIONS BOARD. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. T. Justin Moore* and *George D. Gibson* for petitioner. *Solicitor General Fahy* and *Mr. Robert B. Watts* for respondent.

No. 606.    BUCHALTER *v.* NEW YORK;
No. 610.    WEISS *v.* NEW YORK; and
No. 619.    CAPONE *v.* NEW YORK. See *post,* p. 797.